Name: Valerie Brown
Address: 115 W. Koenig #206
Austin, TX 78751
Phone Number: 512.739.9071
Email Address: Valeriebrown3@gmail.com
Pro Se

FILED
2025 JUN 11 PM 2:33
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: CR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

Valerie Brown
PLAINTIFF(S)

v.

Texas Department of Public Safety
DEFENDANT(S)

CASE NUMBER
1:25CV00899 DAE

APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY

As the ☑ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*
   ☑ A Computer with internet access.
   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   ☑ A scanner to convert documents that are only in paper format into electronic files.
   ☑ A printer or copier to create required paper copies such as chambers copies.
   ☑ A word-processing program to create documents; and
   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 6.11.2025    Signature: Valerie Brown